**Alpha Automotive**
19631 W. 8 MILE ROAD
Detroit, MI. 48219
Phone: 313-537-2733  Fax: 313-537-0855

**INVOICE**
39536

M216595
F156265

# INVOICE

Work Completed: 11/13/2017    Date: 11/13/2017

**Bland, Elroy**
20303 vaughan
detroit, mich  48219
Home 313-410-1098 -- Office 313-535-2216

2005 Chrysler - 300 C - 5.7L, V8 (345CI) VIN(H)
Lic #:                                    Odometer In: 0
VIN #:

| Part Description / Number | Qty | Sale | Ext | Labor Description | Hours | Ext |
|---|---|---|---|---|---|---|
| CYLINDER HEAD GASKET - 5.7L Eng Left  53021621BC | 1.00 | 71.75 | 71.75 | mid5 pressure check and mill heads | | 150.00 |
| CYLINDER HEAD GASKET - 5.7L Eng Right  53021620BC | 1.00 | 71.75 | 71.75 | ENGINE ASSEMBLY - Remove, Install, and Overhaul - V8 - [Includes: Replace Rings, Main and Rod Bearings, Camshaft(s), Crankshaft and Timing Components. Remove Cylinder ridge, burnish Cylinders, grind Valves and clean and test or replace Lifters. Includes ( | 31.40 | 2,826.00 |
| dexcool  6565 | 3.00 | 16.00 | 48.00 | | | |
| oil and filter  5567 | 1.00 | 30.00 | 30.00 | [ Discount ] $650.00 off labor | | |
| | | | | Hazardous Materials | | 15.00 |
| PISTON & PIN - 5.7L Eng Right,Each  5086010AB | 1.00 | 90.45 | 90.45 | | | |
| PISTON RING SET - 5.7L Eng Standard  5086002AB | 1.00 | 46.20 | 46.20 | | | |
| used head  3452 | 1.00 | 250.00 | 250.00 | | | |
| Shop Supplies | | | 15.00 | | | |

Org. Estimate  3,650.64    Revisions  0.00    Current Estimate  3,650.64

| Labor: | 2,826.00 |
|---|---|
| Parts: | 623.15 |
| Sublet: | 150.00 |
| HazMat: | 15.00 |
| Discount: | -650.00 |
| SubTotal: | 2,964.15 |
| Tax: | 36.49 |
| Total: | 3,000.64 |
| Bal Due: | $3,000.64 |

[ Payments - ]

**ASE CERTIFIED**

Vehicle Received: 11/13/2017                                   Customer Number: 1402

I hereby authorize the above repair work to be done along with the necessary material; and hereby grant you and/or your employees permission to operate the car or truck herein described on street, highways or elsewhere for the purpose of testing and/or inspection. An express mechanics lien is hereby acknowledged on above car or truck to secure the amount of repairs thereto. Warranty on parts and labor is 12 MONTHS or 12,000 MILES. Warranty work has to be performed in our shop & cannot exceed the original cost of repair

Signature_____    Date_____

Page 1 of 1    Copyright (c) 2017 Mitchell Repair Information Company, LLC  ms-rs U.15.1/d

17-45615-mar    Doc 66-1    Filed 12/14/17    Entered 12/14/17 22:24:28    Page 1 of 1