**Alpha Automotive**
19631 W. 8 MILE ROAD
Detroit, MI. 48219
Phone: 313-537-2733  Fax: 313-537-0855

INVOICE
39536

M216595
F166265

# INVOICE

**BLAND, Elroy**
20303 vaughan
detroit, mich  48219
Home 313-410-1098  -- Office 313-535-2216

Work Completed: 11/13/2017    Date: 01/17/2018
2005 Chrysler - 300 C - 5.7L, V8 (345CI) VIN(H)
Lic # :
VIN # :
Odometer In : 0

| Part Description / Number | Qty | Sale | Ext | Labor Description | Hours | Ext |
|---|---|---|---|---|---|---|
| CYLINDER HEAD GASKET - 5.7L Eng Left  53021621BC | 1.00 | 71.75 | 71.75 | mid5  pressure check and mill heads | | 150.00 |
| CYLINDER HEAD GASKET - 5.7L Eng Right  53021620BC | 1.00 | 71.75 | 71.75 | ENGINE ASSEMBLY - Remove, Install, and Overhaul - V8 - [Includes: Replace Rings, Main and Rod Bearings, Camshaft(s), Crankshaft and Timing Components. Remove Cylinder ridge, burnish Cylinders, grind Valves and clean and test or replace Lifters. Includes ( | 31.40 | 2,826.00 |
| dexcool  6565 | 3.00 | 16.00 | 48.00 | [ Discount ] $150.00 off labor | | |
| oil and filter  5567 | 1.00 | 30.00 | 30.00 | Hazardous Materials | | 15.00 |
| PISTON & PIN - 5.7L Eng Right,Each  5086010AB | 1.00 | 90.45 | 90.45 | | | |
| PISTON RING SET - 5.7L Eng Standard  5086002AB | 1.00 | 46.20 | 46.20 | | | |
| used head  3452 | 1.00 | 250.00 | 250.00 | | | |
| Shop Supplies | | | 15.00 | | | |

Org. Estimate 3,650.64    Revisions 0.00    Current Estimate 3,650.64

| | |
|---|---|
| Labor: | 2,826.00 |
| Parts: | 623.15 |
| Sublet: | 150.00 |
| HazMat: | 15.00 |
| Discount: | -150.00 |
| SubTotal: | 3,464.15 |
| Tax: | 36.49 |
| Total: | 3,500.64 |
| Bal Due: | $1,650.64 |

Payments - Visa - $1,000.00, MasterCard - $850.00 ]

**ASE CERTIFIED**

Vehicle Received: 11/13/2017
Customer Number : 1402

I hereby authorize the above repair work to be done along with the necessary material and hereby grant you and/or your employees permission to operate the car or truck herein described on street, highways or elsewhere for the purpose to testing and/or inspection. An express mechanic's lien is hereby acknowledged on above car or truck to secure the amount of repairs thereto. Warranty on parts and labor is 12 MONTHS or 12,000 MILES. Warranty work has to be performed in our shop & cannot exceed the original cost of repair.

Signature_____    Date_____